

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00487-CV

Dawn **JOURDAN**,
Appellant

v.

Wallace T. **JACOBS**,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05596
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this Court's opinion of this date, the judgment of the trial court is MODIFIED as follows:

It is ORDERED that "the principal amount due" be decreased from $24,743.25 to $6,022.62.

As modified, the judgment of the trial court is AFFIRMED. It is ORDERED that costs of appeal are taxed against the party incurring same.

SIGNED August 1, 2018.

_Karen Angelini_
Karen Angelini, Justice